IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

FILED
JUN 15 2016
CLERK, US DISTRICT COURT
NEWPORT NEWS, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 4:16mj114 |
| vs. ) | COURT DATE: June 15, 2016 |
| JASMINE A. GORDON ) | |

## CRIMINAL INFORMATION

### CHARGE ONE
Ticket No. 4985627

THE UNITED STATES ATTORNEY CHARGES:

That on or about 9 May 2016, at Langley Air Force Base, Virginia, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, JASMINE A. GORDON did assault Marquin King by striking her in the face with an open hand.

(In violation of Title 18, United States Code Section 111, Assaulting, Resisting or Impeding Certain Officers or Employees)

DANA J. BOENTE
United States Attorney

BY: _____
Joshua L. Hall
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 591-4039
Fax: (757) 591-0866
Email: Joshua.hall.51@us.af.mil

## CERTIFICATE OF SERVICE

I, Joshua L. Hall, hereby certify that on 6 June 2016, I caused a true and correct copy of the foregoing criminal information to be mailed to the defendant, JASMINE A. GORDON.

                                        DANA J. BOENTE
                                        United States Attorney

BY: _____
Joshua L. Hall
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 591-4039
Fax: (757) 591-0866
Email: joshua.hall.52@us.af.mil